IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SAMUEL JOHN MAJOR-DAVIS,          §
                                 §
VS.                              §   CIVIL ACTION NO.4:09-CV-352-Y
                                 §
RICK THALER,                     §
Director, T.D.C.J.               §
Correctional Institutions Div., §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Samuel John Major-Davis under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1.   The pleadings and record;

2.   The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 30, 2009; and

3.   The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 16, 2009.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions, and as set forth herein.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Samuel John Major-Davis's petition for writ of habeas corpus is DENIED.

SIGNED November 23, 2009.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE